UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00080-FDW

| | |
|---|---|
| SHELDON D. SUMMERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| DAWN LNU, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Sheldon D. Summers ("Plaintiff") is currently detained at the Iredell County Jail & Detention Center (the "Jail") in Statesville, North Carolina. He filed this action pursuant to 42 U.S.C. § 1983 against five individual Defendants, all apparently officials at the Jail. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 8]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from May 10, 2024, to amend his Complaint in accordance with the terms of the Court's Order. [Id. at 6-7]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.]. On June 4, 2024, Plaintiff filed a letter in which he asked for "for more time." [Doc. 9]. Although Plaintiff failed to state what deadline he wanted extended or how much additional time he needed, the Court granted Plaintiff's request and allowed him an additional 21 days to file an amended Complaint. [Doc. 10]. Plaintiff, therefore, had until July 1, 2024, to file an amended Complaint. [Id. at 2].

This deadline has passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: July 10, 2024

Frank D. Whitney
United States District Judge

2

Case 5:24-cv-00080-FDW   Document 11   Filed 07/11/24   Page 2 of 2